**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lonnie JOHNSON, Defendant–**
**Appellant.**

**No. 09–16387**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 19, 2010.

Kathleen M. Williams, Brian L. Stekloff, Federal Public Defender, Miami, FL, for Defendant–Appellant.

Before EDMONDSON, BLACK and FAY, Circuit Judges.

PER CURIAM:

Brian L. Stekloff, appointed counsel for Lonnie Johnson, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are **AFFIRMED.**